COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Stuart Wilson and Frida Wilson v. Jeremiah Magaro, Individually and
Chase Drywall Ltd.

Appellate case number:   01-12-00952-CV

Trial court case number: 2012-07300

Trial court:             157th District Court of Harris County

     Appellants' Motion for Leave to File Appellants' Supplemental Brief is GRANTED.  It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                 Acting individually

Date:   June 25, 2013